# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 1, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

163375(5)

FAIR AND EQUAL MICHIGAN,
      Plaintiff,

v                                                 SC: 163375

BOARD OF STATE CANVASSERS,
SECRETARY OF STATE, and DIRECTOR
OF BUREAU OF ELECTIONS,
      Defendants.
_____/

      On order of the Chief Justice, the motion of defendants to extend the time for filing their response to the petition for review is GRANTED. The response will be accepted as timely filed if submitted on or before September 15, 2021.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 1, 2021
                                         

                                                Clerk